221 So.2d 516

**Mildred Moreau LeDoux HOUSE et al.**

**v.**

**TIDEWATER OIL COMPANY et al.**

**No. 49750.**

April 25, 1969.

In re: Mildred Moreau LeDoux House et al applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 219 So.2d 616.

Writs refused. The judgment is correct under the facts found by the Court of Appeal.

221 So.2d 517

**JEFFERSON LUMBER & CONCRETE PRODUCTS, INC.**

**v.**

**JIMCO, INC.**

**No. 49733.**

April 25, 1969.

In re: Jimco, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 217 So.2d 721.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.